# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00082-CV

**Fredia M. Alexander, Appellant**

**v.**

**Allan A. Alexander, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 212,914-D, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Fredia Alexander appeals a final judgment that was signed on December 18, 2008. Notice of appeal was due 30 days from the date of the decree. *See* Tex. R. App. P. 26.1. Notice of appeal in this case was due January 19, 2009, and was not filed until February 11, 2009. Because the notice of appeal was not timely filed, this Court does not have jurisdiction over the appeal. Accordingly, this appeal is dismissed for want of jurisdiction.

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   April 10, 2009